O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GERALD GAMBOA, | ) | Case No. CV 12-7744 CAS(JC) |
| Petitioner, | ) ) | |
| v. | ) ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| LINDA T. MCGREW, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the Motion to Dismiss the Petition and all documents filed in support of and in opposition thereto, and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS ORDERED that the Motion to Dismiss the Petition is granted and the Petition is dismissed.

///

///

1 IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 Report and Recommendation, and the Judgment herein on petitioner and on
3 counsel for respondent.
4 LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 18, 2013

*/s/ Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE