JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GERALD GAMBOA, | ) Case No. CV 12-7744 CAS(JC) |
| Petitioner, | ) |
| | ) (PROPOSED) |
| v. | ) JUDGMENT |
| LINDA T. MCGREW, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: July 18, 2013

*Christina A. Snyder*

_____

HONORABLE CHRISTINA S. SNYDER
UNITED STATES DISTRICT JUDGE