JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GERALD GAMBOA,<br><br>Petitioner,<br><br>v.<br><br>LINDA T. MCGREW,<br><br>Respondent. | Case No. CV 12-7744 CAS(JC)<br><br>~~(PROPOSED)~~<br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: July 18, 2013

*Christina A. Snyder*

_____

HONORABLE CHRISTINA S. SNYDER
UNITED STATES DISTRICT JUDGE